_____

No. 95-4066
_____

Brian D. Gale, DM,                    *
                                      *
          Appellant,                  *
                                      *  Appeal from the United States
     v.                               *  District Court for the
                                      *  District of North Dakota.
Podiatry Insurance Company            *       [UNPUBLISHED]
of America, a foreign mutual,         *
                                      *
          Appellee.                   *


_____

          Submitted:  September 24, 1996

             Filed:  October 2, 1996
_____

Before BOWMAN, LOKEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Dr. Brian D. Gale appeals from the district court's[1] grant of summary
judgment in favor of Podiatry Insurance Company of America (PICA).  Having
carefully reviewed the record and the parties' briefs, we conclude that the
judgment of the district court was correct.  Accordingly, we affirm.  See
8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.


_____

     [1]The HONORABLE PATRICK A. CONMY, United States District Judge
for the District of North Dakota.